**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:      In the Interest of K. G-J. W. aka K.W., A Child

Appellate case number:    01-17-00739-CV

Trial court case number:    2016-04631J

Trial court:              314th District Court of Harris County

The Clerk of this Court's December 4, 2017 notice granted counsel for appellant's motion to extend time to file appellant's brief until December 18, 2017. On December 21, 2017, the Clerk of this Court sent a late-brief notice to appellant's counsel notifying him that his brief was due within 10 days of that notice and that, because this is a termination appeal, this Court is required to dispose of this appeal within 180 days of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West Supp. 2012). Here, the 180-day compliance deadline is set for April 4, 2018. *See* TEX. R. APP. P. 4.1(a). No brief has been timely filed.

Accordingly, the Court sua sponte **abates** this appeal for the trial court to hold a hearing and appellant's counsel, **William Michael Thursland**, may be required to show cause why he should not be relieved of his duties after a finding of good cause is rendered by the court on the record and, if so, to enter orders withdrawing counsel and appointing new counsel. *See* TEX. FAM. CODE ANN. § 107.016(2) (West 2017); *In re M.V.G.*, 285 S.W.3d 573, 575–76 (Tex. App.—Waco 2009, order). Any hearing shall be conducted **within 10 days** of the date of this Order. The trial court clerk shall file a supplemental clerk's record containing the trial court's orders **within 15 days** of the date of this Order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record complying with this Order is filed with this Court.

It is so ORDERED.

Judge's signature:    /s/ Laura C. Higley
                      ☑ Acting individually    ☐ Acting for the Court
Date: January 4, 2018